UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO: 4:15CR00145-1 |
| v. ) | |
| ) | |
| RAY MITCHELL ) | |

## ORDER

This matter comes before the Court on the Government's motion to adjust the balance of the Defendant's criminal restitution in the above-titled case, to reflect the recoveries made by the Defendant's victim through separate means.

The Court, having read and considered the Government's motion and the balance of the record, hereby ORDERS the Clerk of Court to adjust the balance of the Defendant's outstanding order of restitution to reflect the $57,717.53 already recovered by the Defendant's victim.

The Clerk of Court shall coordinate as needed with the United States Attorney's Office, Southern District of Georgia, Financial Litigation Unit, to accurately allocate the $57,717.53 in the manner directed in this Order.

This 6th day of December, 2018.

HON. WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA